Patent for Inventions—License.

MELLON v. DELAWARE, L. & W. R. Co., U. S. Sup. Ct. Oct. Term, 1881. Appeal from the circuit court of the United States for the western district of Pennsylvania. The decision on appeal was rendered by the supreme court of the United States on April 3, 1882, Mr. Justice Woods delivering the opinion, affirming the decree of the circuit court.

Where the case turns upon a single fact, as whether or not a license was absolute and unconditional, as it appears on its face, the burden of proof is on him who asserts the affirmative, and if the weight of evidence is against him the decree dismissing the bill charging an infringement will be affirmed.

H. T. Fenton and Furman Sheppard, for appellants.